Form 7A-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7A

```
TRANS TEXAS TIRE, LLC,

                                    Plaintiff,
        v.
UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION,
and RODNEY S. SCOTT, in his official capacity as Commissioner of
U.S. Customs and Border Protection,
                                    Defendant.
```

Court No. 26-01373

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/4/2026

/s/ Andrew T. Schutz
Signature of Plaintiff's Attorney

Andrew T. Schutz
Attorney for Plaintiff

GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP
Firm

1201 New York Ave., NW, Ste. 650
Street Address

Washington, DC 20005
City, State and Zip Code

(202) 783-6881
Telephone Number

aschutz@gdlsk.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: March 5, 2026

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk